**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN ILIESCU, JR. and SONNIA SANTEE ILIESCU, as Trustees of the JOHN ILIESCU, JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., M.D., individually; SONNIA SANTEE ILIESCU, individually, <br><br> Plaintiffs, <br> vs. <br><br> JOHN SCHLEINING; and DOES I thru XX, <br><br> Defendant. | CASE NO.: 3:18-cv-00601-LRH-CBC <br><br><br> **STIPULATION AND ORDER TO EXTEND FILING DATE** |

**COMES NOW**, Plaintiffs, JOHN ILIESCU, JR., and SONNIA SANTEE ILIESCU, as Trustees of the JOHN ILIESCU, JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., individually; and SONNIA SANTEE ILIESCU, individually, by and through their undersigned counsel of record, D. CHRIS ALBRIGHT, ESQ., of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant, JOHN SCHLEINING, by and through his counsel of record L. EDWARD HUMPHREY, ESQ. of HUMPHREY LAW PLLC, and, whereas, Plaintiff had previously allowed Defendant additional time to file his initial response to the Complaint; and whereas, the Plaintiff's counsel has had conflicting scheduling issues in other cases which are delaying completion of a response to the Motion to Dismiss; therefore, the parties each hereby stipulate and agree through their undersigned

counsel that the deadline for Plaintiffs' Opposition to Defendant's Motion to Dismiss (Doc. #9), currently due March 29, 2019, be extended to and including Friday, April 5, 2019.

DATED this 25th day of March, 2019.   DATED this 25th day of March, 2019.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**   **HUMPHREY LAW PLLC**

 /s/ D. Chris Albright   /s/ L. Edward Humphrey

| G. MARK ALBRIGHT, ESQ. | L. EDWARD HUMPHREY, ESQ. |
| Nevada Bar No. 001394 | Nevada Bar No. 9066 |
| D. CHRIS ALBRIGHT, ESQ. | CHRISTOPHER L. BLANDFORD, ESQ. |
| Nevada Bar No. 004904 | Nevada Bar No. 14482 |
| 801 South Rancho Drive, Suite D-4 | 201 Washington Street, Suite 350 |
| Las Vegas, Nevada 89106 | Reno, Nevada 89501 |
| Tel: 702.384.7111 | Tel: 775.420.3500 |
| Fax: 702.384.0605 | Fax: 775.683.9917 |
| gma@albrightstoddard.com | ed@hlawnv.com |
| dca@albrightstoddard.com | clb@hlawnv.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED THIS** 26th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE