# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU JR. AND SONNIA SANTEE ILIESCU, AS TRUSTEES OF THE JOHN ILIESCU JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., M.D., INDIVIDUALLY; SONNIA SANTEE ILIESCU, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN SCHLEINING; and DOES I thru XX,<br><br>Defendants. | Case No.: 3:18-cv-00601<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF** |

**COMES NOW**, Plaintiffs, JOHN ILIESCU, JR., and SONNIA SANTEE ILIESCU, as Trustees of the JOHN ILIESCU, JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., individually; and SONNIA SANTEE ILIESCU, individually, by and through their undersigned counsel of record, D. CHRIS ALBRIGHT, ESQ., of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant, JOHN SCHLEINING, by and through his counsel of record L. EDWARD HUMPHREY, ESQ. of HUMPHREY LAW PLLC, and, whereas, the parties have cooperatively worked together on scheduling issues; and whereas, the Defendant's counsel has scheduled mediation and hearing

1

dates in other cases that are delaying completion of a Reply to Plaintiff's Response to Defendant's March 15, 2019 Motion for Judicial Notice [*see* ECF No. 16], Reply to Plaintiff's Opposition to Motion to Dismiss Complaint [*see* ECF No. 17] and Response to Plaintiff's Motion for Judicial Notice [*see* ECF Nos. 18 and 21]; therefore, the parties each hereby stipulate and agree through their undersigned counsel that the deadline for Defendant's Reply to Plaintiff's Response to Defendant's March 15, 2019 Motion for Judicial Notice, Reply to Plaintiff's Opposition to Motion to Dismiss Complaint, and Response to Plaintiff's Motion For Judicial Notice, each be extended to and including Wednesday, May 1, 2019.

DATED this 10th day of April, 2019.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ D. Chris Albright*
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Plaintiffs*

DATED this 10th day of April, 2019.

**HUMPHREY LAW PLLC**

*/s/ L. Edward Humphrey*
L. EDWARD HUMPHREY, ESQ.
Nevada Bar No. 9066
CHRISTOPHER L. BLANDFORD, ESQ.
Nevada Bar No. 14482
201 Washington Street, Suite 350
Reno, Nevada 89501
Tel: 775.420.3500
Fax: 775.683.9917
ed@hlawnv.com
clb@hlawnv.com
*Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 11th day of April, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE