L. Edward Humphrey, Esq. – NV Bar 9066
Christopher L. Blandford, Esq. – Nv Bar 14482
**HUMPHREY LAW PLLC**
201 W. Liberty St., Suite 350
Reno, Nevada 89501
Tel:   775.420.3500
Fax:   775.683.9917
ed@hlawnv.com
clb@hlawnv.com
*Counsel for Defendant, John Schleining*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU JR. AND SONNIA ILIESCU, AS TRUSTEES OF THE JOHN ILIESCU JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; SONNIE SANTEE ILIESCU, INDIVIDUALLY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SCHLEINING, *et al.*,<br><br>Defendant. | Case No.: 3:18-cv-00601<br><br>**STIPULATION AND ORDER RE: REPLY IN SUPPORT OF AMENDED MOTION TO STAY DISCOVERY AND FOR ENTRY OF A PROTECTIVE ORDER**<br><br>(FIRST REQUEST) |

**COMES NOW**, Plaintiffs, JOHN ILIESCU, JR., and SONNIA SANTEE ILIESCU, as Trustees of the JOHN ILIESCU, JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., individually; and SONNIA SANTEE ILIESCU, individually, by and through their undersigned counsel of record, D. CHRIS ALBRIGHT, ESQ., of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant, JOHN SCHLEINING, by and through his counsel of record L. EDWARD HUMPHREY, ESQ. of HUMPHREY LAW PLLC, and, whereas, the parties have mutually agreed to extend the time in which Defendant John Schleining has to file a Reply in support of his Motion To Stay Discovery and for Protective Order [ECF 38].

STIPULATION AND ORDER RE: REPLY IN SUPPORT OF AMENDED MOTION TO STAY DISCOVERY AND FOR ENTRY OF A PROTECTIVE ORDER - 1

Pursuant to agreement between the parties, John Schleining's Reply, if any, shall be due no later than October 16, 2019.

| DATED this 8th day of October 2019. | DATED this 8th day of October 2019. |
|---|---|
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **HUMPHREY LAW PLLC** |
| /s/ G. Mark Albright | /s/ L. Edward Humphrey |
| G. MARK ALBRIGHT, ESQ. | L. EDWARD HUMPHREY, ESQ. |
| Nevada Bar No. 001394 | Nevada Bar No. 9066 |
| D. CHRIS ALBRIGHT, ESQ. | CHRISTOPHER L. BLANDFORD, ESQ. |
| Nevada Bar No. 004904 | Nevada Bar No. 14482 |
| 801 South Rancho Drive, Suite D-4 | 201 Washington Street, Suite 350 |
| Las Vegas, Nevada 89106 | Reno, Nevada 89501 |
| Tel: 702.384.7111 | Tel: 775.420.3500 |
| Fax: 702.384.0605 | Fax: 775.683.9917 |
| gma@albrightstoddard.com | ed@hlawnv.com |
| dca@albrightstoddard.com | clb@hlawnv.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED THIS 9th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

L. EDWARD HUMPHREY, ESQ.
**HUMPHREY LAW PLLC**
201 W. Liberty Street, Suite 350
Reno, Nevada 89501
*Counsel for Defendant John Schleining*

STIPULATION AND ORDER RE: REPLY IN SUPPORT OF AMENDED MOTION TO STAY DISCOVERY AND FOR ENTRY OF A PROTECTIVE ORDER - 2