UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU JR. AND SONNIA ILIESCU, AS TRUSTEES OF THE JOHN ILIESCU JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; SONNIE SANTEE ILIESCU, INDIVIDUALLY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SCHLEINING, *et al.*,<br><br>Defendant. | Case No.: 3:18-cv-00601<br><br>STIPULATION AND ORDER RE: REPLY IN SUPPORT OF DEFENDANT AND THIRD-PARTY PLAINTIFF JOHN SCHLEINING'S MOTION FOR ABSTENTION |

**COMES NOW**, Plaintiffs, JOHN ILIESCU, JR., and SONNIA SANTEE ILIESCU, as Trustees of the JOHN ILIESCU, JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., individually; and SONNIA SANTEE ILIESCU, individually (collectively, the "Iliescus"), by and through their undersigned counsel of record, D. CHRIS ALBRIGHT, ESQ., of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant & Third-Party Plaintiff, JOHN SCHLEINING ("Schleining"), by and through his counsel of record L. EDWARD HUMPHREY, ESQ. of HUMPHREY LAW PLLC, and, whereas, the parties have mutually agreed to extend the time in which Defendant & Third-Party

1

Plaintiff John Schleining has to file a Reply in support of his Motion for Abstention [ECF No. 55].

Schleining filed his Motion for Abstention on January 16, 2020 [ECF No. 55]. The Iliescu The Motion for Abstention was filed their Opposition on January 27, 2020 [ECF No. 58]. The deadline for Schleining to file a Reply is currently February 3, 2020.

This stipulation is entered to accommodate counsel for Schleining's schedule in other matters and so that the parties can explore whether this matter can be consensually resolved. Counsel for the parties further advise the Court that they are continuing to work in good faith. Pursuant to agreement between the parties, Schleining's Reply, if any, shall be due no later than February 10, 2020.

DATED this 31st day of January 2020.

DATED this 31st day of January 2020.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

/s/ 

G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Plaintiffs*

**HUMPHREY LAW PLLC**

/s/

L. EDWARD HUMPHREY, ESQ.
Nevada Bar No. 9066
PATRICK S. O'ROURKE, Esq.
Nevada Bar No. 13557
201 Washington Street, Suite 350
Reno, Nevada 89501
Tel: 775.420.3500
Fax: 775.683.9917
ed@hlawnv.com
clb@hlawnv.com
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 4th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE