# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU JR. AND SONNIA ILIESCU, AS TRUSTEES OF THE JOHN ILIESCU JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; SONNIE SANTEE ILIESCU, INDIVIDUALLY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SCHLEINING, *et al*.,<br><br>Defendant. | Case No.: 3:18-cv-00601<br><br>**STIPULATION AND ORDER RE: REPLY IN SUPPORT OF DEFENDANT AND THIRD-PARTY PLAINTIFF JOHN SCHLEINING'S MOTION FOR ABSTENTION**<br><br>**(SECOND REQUEST)** |

**COMES NOW**, Plaintiffs, JOHN ILIESCU, JR., and SONNIA SANTEE ILIESCU, as Trustees of the JOHN ILIESCU, JR. AND SONNIA ILIESCU 1992 FAMILY TRUST AGREEMENT; JOHN ILIESCU, JR., individually; and SONNIA SANTEE ILIESCU, individually, by and through their undersigned counsel of record, D. CHRIS ALBRIGHT, ESQ., of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant & Third-Party Plaintiff, JOHN SCHLEINING, by and through his counsel of record L. EDWARD HUMPHREY, ESQ. of HUMPHREY LAW PLLC, and, whereas, the parties have mutually agreed to extend the time in which Defendant & Third-Party Plaintiff John Schleining has to file a Reply in support of his Motion for Abstention [ECF No. 55].

Schleining filed his Motion for Abstention on January 16, 2020 [ECF No. 55]. The

4 Iliescu The Motion for Abstention was filed their Opposition on January 27, 2020 [ECF No. 58].

5. The original deadline for Schleining to file a Reply was February 3, 2020.

On February 3, 2020, Schleining and the Iliescus filed a *Stipulation re: Reply in Support of Defendant and Third-Party Plaintiff John Schleining's Motion for Abstention*, setting forth the parties' agreement providing Schleining an extension to file his Reply until February 10, 2020 [*see* ECF No. 59]. The Court entered its order approving the stipulation on February 4, 2020 [*see* ECF No. 60]. As indicated in the stipulation, one reason for the requested extension was so that the parties could explore whether this matter could be consensually resolved.

Schleining and the Iliescus have come to an agreement as to resolution of this matter, which also would resolve the third-party claims Schleining asserted against the Hale Lane and Holland & Hart law firms. The resolution has been fully documented, signed by Schleining and the Iliescus, and is awaiting the return of execution copies from Hale Lane and Holland & Hart.

While all indications are that this matter has been fully resolved, Schleining has requested an additional extension to file his Reply in support of the Motion for Abstention out of an abundance of caution. Pursuant to agreement between the parties, John Schleining's Reply, if any, shall be due no later than February 24, 2020.

DATED this 10th day of February 2020.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ D. Chris Albright*
G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
D. CHRIS ALBRIGHT, ESQ.
Nevada Bar No. 004904
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Plaintiffs*

DATED this 10th day of January 2020.

**HUMPHREY LAW PLLC**

*/s/ L. Edward Humphrey*
L. EDWARD HUMPHREY, ESQ.- 9066
Patrick S. O'Rourke - 13557
201 Washington Street, Suite 350
Reno, Nevada 89501

Fax: 775.885.9917
ed@hlawnv.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED THIS** 11th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE