# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Iliescu Jr. and Sonnia Iliescu, as Trustees of the John Iliescu Jr. and Sonnia Iliescu 1992 Family Trust Agreement; John Iliescu, Jr., M.D., individually; Sonnia Santee Iliescu, individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>John Schleining; and DOES 1 thru XX,<br><br>        Defendants. | Case No: 3:18-CV-00601-LRH-CLB<br><br>**JOINT STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE** |
| John Schleining,<br><br>        Third Party Plaintiff,<br><br>vs.<br><br>Hale Lane Peek Dennison and Howard Professional Corporation, a dissolved Nevada professional corporation; Holland & Hart LLP, a Colorado limited liability partnership; R. Craig Howard, an individual; and DOES XXI through XXX,<br><br>        Third Party Defendants. | |

       The parties to this action, acting through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them,

1

to the Dismissal With Prejudice of this action, including any and all claims, counterclaims, third-party claims, and defenses stated herein against all parties, with each party to bear its own attorney's fees and costs.[1]

DATED this 11th day of February 2020:

| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **HUMPHREY LAW PLLC** |
|---|---|
| */s/ D. Chris Albright* | */s/ L. Edward Humphrey* |
| D. CHRIS ALBRIGHT, ESQ.<br>Nevada Bar No. 004904<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Tel: 702.384.7111<br>Fax: 702.384.0605<br>dca@albrightstoddard.com<br>*Attorneys for Plaintiffs John Iliescu Jr. and Sonnia Iliescu, as Trustees of the John Iliescu Jr. and Sonnia Iliescu 1992 Family Trust Agreement; John Iliescu, Jr., M.D., individually.; and Sonnia Santee Iliescu, individually.* | L. EDWARD HUMPHREY, ESQ.<br>Nevada Bar No. 9066<br>201 Washington Street, Suite 350<br>Reno, Nevada 89501<br>Tel: 775.420.3500<br>Fax: 775.683.9917<br>ed@hlawnv.com<br>*Attorneys for Defendant and Third Party Plaintiff, John Schleining* |
| **LEMONS GRUNDY & EISENBERG** | **MORRIS LAW GROUP** |
| */s/ Todd R. Alexander* | */s/ Ryan M. Lower* |
| TODD R. ALEXANDER, ESQ.<br>Nevada Bar No. 10846<br>6005 Plumas Street, Suite 300<br>Reno, Nevada 89519<br>Tel: 775.786.6868<br>Fax: 775.786.9716<br>tra@lge.net<br>*Attorneys for Third Party Defendants Hale Lane Peek Dennison Howard Professional Corporation, a dissolved Nevada professional corporation; and R. Craig Howard, an individual.* | Ryan M. Lower<br>Nevada Bar 9108<br>411 E. Bonneville Ave., Suite 360<br>Las Vegas, Nevada 89101<br>Tel: 702.474.9400<br>Fax: 702.474.9422<br>rml@morrislawgroup.com<br>*Attorneys for Third Party Defendant Holland & Hart LLP, a Colorado limited liability partnership* |

---

[1] As the Third Party Defendants have not yet appeared in this action, to the extent required, this filing should be construed as Third Party Plaintiff John Schleining's Notice of Dismissal, with prejudice, of the Third Party Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

## ORDER

**IT IS SO ORDERED** this 12th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE